# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00077-CV

---

**Laszlo Herczeg, Appellant**

**v.**

**5005 SSR, LLC, Appellee**

---

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-002982, THE HONORABLE DANIELLA DESETA LYTTLE, JUDGE PRESIDING

---

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Laszlo Herczeg has filed a status report requesting a 30-day extension of the abatement of this appeal. Herczeg states that on July 29, 2025, the trial court conducted a hearing on his Statement of Inability to Afford Payment of Court Costs, and the extension is sought for the filing of a reporter's record of that hearing and a supplemental clerk's record containing the trial court's order signed after the hearing. *See* Tex. R. Civ. P. 145(f).

We grant the motion and abate this appeal until **September 8, 2025**. All appellate deadlines will be tolled during the abatement period. The parties shall file either a status report or a motion to reinstate the appeal on or before September 8, 2025.

It is so ordered on August 8, 2025.

Before Chief Justice Byrne, Justices Kelly and Ellis

Abated

Filed:   August 8, 2025